IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN TRANSPORTATION COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC.,<br><br>　　　　Defendant<br>_____/ | No. C-06-2302 MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT OF ITS COMPLAINT ON THE PLEADINGS AND TO DISMISS COUNTERCLAIMS** |

　　Before the Court is plaintiff's motion, filed August 22, 2006, for judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and to dismiss defendant's counterclaims, pursuant to Rule 12(b)(6). Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the October 13, 2006 hearing.

　　**IT IS SO ORDERED.**

Dated: October 11, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge