IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN TRANSPORTATION COMMISSION,<br><br>       Plaintiff,<br>  v.<br><br>MOTOROLA, INC.,<br><br>       Defendant / | No. C-06-2302 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; GRANTING PLAINTIFF'S REQUEST TO EXTEND STAY OF DISCOVERY** |

      Because plaintiff's Rule 12(c) Motion for Judgment of its Complaint on the Pleadings and Rule 12(b)(6) Motion to Dismiss Motorola's Counterclaims remains under submission, the Court hereby CONTINUES the case management conference from December 1, 2006 to February 9, 2007. No further joint case management statement is required; if, however, the parties are of the view that an updated statement would be beneficial, such statement shall be filed no later than February 2, 2007.

      Plaintiff's unopposed request, as set forth in the parties' Joint Case Management Statement filed November 27, 2006, to continue the stay of discovery until the Court has ruled on the above-referenced motion is hereby GRANTED.

      **IT IS SO ORDERED.**

Dated: November 28, 2006

                                          MAXINE M. CHESNEY
                                          United States District Judge