Jay E. Smith (CA SBN 162832)
**STEPTOE & JOHSON LLP**
633 W. Fifth Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599
Email: jsmith@steptoe.com

Howard H. Stahl*
Paul R. Hurst*
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
Tel: 202-429-8060 (Stahl)
Email: hstahl@steptoe.com
Tel: 202-429-8089 (Hurst)
Email: phurst@steptoe.com
Fax: 202-429-3902
* admitted pro hac vice

Attorneys for Defendant Counter Plaintiff Motorola, Inc.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| METROPOLITAN TRANSPORTATION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC.,<br><br>Defendant. | Case No.: C 06-2302 MMC<br><br>Hon. Maxine M. Chesney<br>ORDER DENYING AS MOOT<br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** [AND PROPOSED ORDER THEREON] |

Pursuant to Civil L.R. 6-2 and 16-2 and the Court's Standing Order, Plaintiff, Metropolitan Transportation Commission ("MTC"), and defendant, Motorola, Inc., through their respective counsel of record, hereby STIPULATE, AGREE, and REQUEST to continue the Case

Management Conference scheduled in this case for February 9, 2007. In support of this stipulated request, the parties state as follows:

1. On January 31, 2007, the Court issued a decision and order granting Plaintiff MTC's motion for judgment on the pleadings and dismissal of counterclaims asserted by Defendant Counter-Plaintiff Motorola. The Court also provided Motorola leave to amend its Answer and Counterclaims, and to file such an amended pleading no later than February 23, 2007.

2. As a result of the Court's January 31, 2007 decision, the parties would like to continue the Case Management Conference until after February 23, 2007 – the deadline for Motorola to file an amended pleading, if any.

3. The parties believe that the statements above demonstrate good cause to continue the Case Management Conference. The Parties request a continuance until March 16, 2007. Given the Court's January 31, 2007 Order, this short extension will not affect the overall schedule for this case.

## STIPULATION

NOW, THEREFORE, acting by and through their counsel of record, MTC and Motorola hereby stipulate and request to continue the Case Management Conference until March 16, 2007, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: February 7, 2007

STEPTOE & JOHNSON LLP

By: _Jay E. Smith /per auth._
Jay E. Smith (CA SBN 162832)
Attorneys for Defendant MOTOROLA, INC.

DATED: February 7, 2007

GLYNN & FINLEY, LLP

By: _[signature]_
Clement L. Glynn
Attorneys for Plaintiff METROPOLITAN
TRANSPORTATION COMMISSION

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

~~The case management conference is continued from February 9, 2007 to March 16, 2007. The parties have filed a joint case management statement and no further joint case management statement is required; if, however, the parties are of the view that an updated statement would be beneficial, such statement shall be filed no later than March 9, 2007.~~

~~Date:~~ _____

_____
~~Maxine M. Chesney~~
~~United States District Judge~~

ORDER

The Court not having received from the Clerk of the Court the above stipulation until after the case management conference had been conducted, said stipulation is hereby DENIED as moot.

Date: February 9, 2007

*/s/ Maxine M. Chesney*
Maxine M. Chesney
United States District Judge