IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN TRANSPORTATION COMMISSION,<br><br>        Plaintiff,<br>  v.<br>MOTOROLA, INC.,<br><br>        Defendant | No. C 06-2302 MMC<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

     By order filed January 31, 2007, the Court granted plaintiff's motion for judgment on the pleadings, dismissed defendant's counterclaims, and afforded defendant leave to amend its Answer and Counterclaims. On February 23, 2007, defendant filed a Notice of Intent Not to File Amended Answer and Counterclaims.

     Accordingly, the Clerk is hereby directed to enter judgment in favor of plaintiff.

     **IT IS SO ORDERED.**

Dated: March 8, 2007

                                                  MAXINE M. CHESNEY<br>                                                United States District Judge