IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN TRANSPORTATION COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC.,<br><br>　　　　Defendant / | No. C 06-2302 MMC<br><br>**ORDER VACATING JUDGMENT ENTERED MARCH 8, 2007; DIRECTIONS TO CLERK TO ENTER JUDGMENT** |

　　　On February 9, 2007, at the Case Management Conference, the Court instructed plaintiff to submit to the Court, with approval by defendant as to form, a proposed judgment on the Court's order of January 31, 2007. On March 8, 2007, the Court, having received nothing from plaintiff, issued an order directing the Clerk of the Court to enter judgment, which judgment was entered that same date.

　　　Plaintiff now has submitted a proposed form of judgment, approved by defendant, and seeks entry of judgment in accordance therewith.[1]

　　　Good cause appearing therefor, the Judgment entered March 8, 2007, is hereby VACATED, and the Clerk is hereby DIRECTED to file the proposed Judgment submitted by plaintiff.

　　　**IT IS SO ORDERED.**

Dated: March 15, 2007

_MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff's request was submitted by letter dated March 12, 2007, accompanied by the above-referenced proposed form of judgment.