# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

_____

METROPOLITAN TRANSPORTATION COMMISSION,

    Plaintiff / Counter-Defendant,

vs.

MOTOROLA, INC.,

    Defendant / Counter-Plaintiff

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: No. C 06-2302 MMC

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Motorola, Inc.'s motion for approval of a proposed supersedeas bond pursuant to Fed. R. Civ. P. 62(d), it appears to the Court that the proposed supersedeas bond is in the correct form, is in a sufficient amount to provide adequate security for those opposing the appeal, and is backed by a duly-qualified surety.  Therefore,

IT IS ORDERED that the supersedeas bond in the form, amount, and with the surety as shown in the Exhibit to the motion for approval of supersedeas bond is approved by this Court.

ENTERED ~~this ____ day of~~ _June 27___, 2007

_____
Maxine M. Chesney
United States District Judge

**[PROPOSED ORDER]**